**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LONG ISLAND NEUROSCIENCE
SPECIALISTS LLP,

                       Plaintiff,

          -against-

OSCAR HEALTH, INC.,

                      Defendant.

**Index No.: 2:25-cv-05813-JMW**

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

Plaintiff, Long Island Neuroscience Specialists, LLP, by and through its undersigned attorneys, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant Oscar Health, Inc. without prejudice. Each party shall bear their own costs.

January 26, 2026

                      GOTTLIEB & GREENSPAN, LLC
                      *Attorneys for the Plaintiff*

          By:    */s/ Debra A. Clifford*
                Debra A. Clifford
                17-17 Route 208, Suite 250
                Fair Lawn, New Jersey 07410
                (201) 644-0890